No. 02–9410. CRAWFORD *v.* WASHINGTON. Sup. Ct. Wash. [Certiorari granted, *ante*, p. 914.] Motions of National Association of Criminal Defense Lawyers et al. and Sherman J. Clark et al. for leave to file briefs as *amici curiae* granted.